Official Copy of Microsoft Corporation Earnings Statement

## MICROSOFT CORPORATION EMPLOYEE PROFILE

Julrey Caesar Guanzon Solis
3137 Pine Valley Drive
Grand Prairie, TX 75052

Employee ID
**06086693**

SSN
**XXX-XX-8333**

Tax Status
**Head of household**

Pay Frequency
**Semi-monthly**
**Exempt Position**

Base Rate
**4,266.67**

State Tax Code
**TX**

State Allowance
**0**

State Adjustment
**0.00**

Federal Allowance
**0**

Federal Adjustment
**0.00**

Check Number

Check Date
**Jul 15, 2024**

Period Begin Date
**Jul 01, 2024**

Period End Date
**Jul 15, 2024**

## PAYMENT INFORMATION

| Amount | Type | Bank Information |
|---|---|---|
| 2,329.49 | Direct Deposit | JPMORGAN CHASE BANK, NA  Checking - XXXXXXXXXXXXX4941 |

| CURRENT | | | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | AMOUNT | TOTAL | HOURS | AMOUNT | TOTAL |
| REGULAR HRS | | 86.67 | 4,266.67 | | 1,126.71 | 55,466.71 | |
| Shift Pay–8% of Base & Applicable OT | | | 341.33 | | | 5,393.02 | |
| PERKS + TAXABLE | | | | | | 1,500.00 | |
| **GROSS PAY** | | | 4,608.00 | 4,608.00 | | 62,359.73 | 62,359.73 |
| 401K (PRE-TAX) | | | -368.64 | | | -1,788.59 | |
| STOCK AWARD INCOME | | | | | | 7,914.30 | |
| DISABILITY INS | | | 10.89 | | | 141.57 | |
| HSA EMPLOYEE CONT | | | | | | -2,625.00 | |
| **TOTAL ADJUSTMENT TO EARNINGS** | | | -357.75 | -357.75 | | 3,642.28 | 3,642.28 |
| **TAXABLE EARNINGS** | | | | 4,250.25 | | | 66,002.01 |
| FEDERAL INCOME TAX | | | -457.60 | | | -8,344.65 | |
| SOCIAL SECURITY TAX | | | -287.02 | | | -4,211.34 | |
| MEDICARE TAX | | | -67.12 | | | -984.91 | |
| **TAXES WITHHELD** | | | -811.74 | -811.74 | | -13,540.90 | -13,540.90 |
| 401K (AFTER-TAX) | | | | | | -213.33 | |
| ESPP | | | -691.20 | | | -9,128.96 | |
| LEGAL PLAN | | | -7.75 | | | -100.75 | |
| DISABILITY INS | | | -10.89 | | | -141.57 | |
| DEPENDENT LIFE INSURANCE | | | -0.44 | | | -5.72 | |
| AD&D FAMILY INS | | | -7.68 | | | -99.84 | |
| STOCK AWARD INCOME | | | | | | -7,914.30 | |
| STOCK AWARD TAXES | | | | | | 2,349.28 | |
| ROTH (AFTER-TAX) | | | | | | -682.67 | |
| 401K LOAN #1 | | | -377.46 | | | -4,152.06 | |
| EMPLOYEE LIFE INSURANCE | | | -13.60 | | | -176.80 | |
| TUITION REIMBURSEMENT NON-TAXABLE | | | | | | 3,539.71 | |
| **TOTAL AFTER TAX DEDUCTIONS** | | | -1,109.02 | -1,109.02 | | -16,727.01 | -16,727.01 |
| **NET PAY** | | | | 2,329.49 | | | 35,734.10 |

## PERSONAL TIME BALANCES

| DESCRIPTION | HOURS |
|---|---|
| HOLISTIC HEALTH TIME OFF BALANCE | 80.00 |

## SPECIAL INFORMATION TABLE

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 401K EMPLOYER MATCH | 184.32 | 1,235.63 |
| DISQUALIFYING DISP | 0.00 | 903.33 |
| IMPUTED LIFE INSURANCE | 10.32 | 134.16 |
| HSA EMPLOYER LUMPSUM CONT. | 1,000.00 | 2,000.00 |

Official Copy of Microsoft Corporation Earnings Statement
Payroll Department
One Microsoft Way
Redmond, WA 98052-6399
Ph: 425-882-8080
Microsoft Corporation Confidential

Official Copy of Microsoft Corporation Earnings Statement

## MICROSOFT CORPORATION EMPLOYEE PROFILE

| | | | |
|---|---|---|---|
| Julrey Caesar Guanzon Solis | Employee ID | State Tax Code | Check Number |
| 3137 Pine Valley Drive | **06086693** | **TX** | Check Date |
| Grand Prairie, TX 75052 | SSN | State Allowance | **Jul 31, 2024** |
| | **XXX-XX-8333** | **0** | Period Begin Date |
| | Tax Status | State Adjustment | **Jul 16, 2024** |
| | **Head of household** | **0.00** | Period End Date |
| | Pay Frequency | Federal Allowance | **Jul 31, 2024** |
| | **Semi-monthly** | **0** | |
| | Exempt Position | Federal Adjustment | |
| | Base Rate | **0.00** | |
| | **4,266.67** | | |

## PAYMENT INFORMATION

| Amount | Type | Bank Information |
|---|---|---|
| 2,329.50 | Direct Deposit | JPMORGAN CHASE BANK, NA  Checking - XXXXXXXXXXXXX4941 |

| | CURRENT | | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | AMOUNT | TOTAL | HOURS | AMOUNT | TOTAL |
| REGULAR HRS | | 86.67 | 4,266.67 | | 1,213.38 | 59,733.38 | |
| Shift Pay–8% of Base & Applicable OT | | | 341.33 | | | 5,734.35 | |
| PERKS + TAXABLE | | | | | | 1,500.00 | |
| **GROSS PAY** | | | 4,608.00 | 4,608.00 | | 66,967.73 | 66,967.73 |
| 401K (PRE-TAX) | | | -368.64 | | | -2,157.23 | |
| STOCK AWARD INCOME | | | | | | 7,914.30 | |
| DISABILITY INS | | | 10.89 | | | 152.46 | |
| HSA EMPLOYEE CONT | | | | | | -2,625.00 | |
| **TOTAL ADJUSTMENT TO EARNINGS** | | | -357.75 | -357.75 | | 3,284.53 | 3,284.53 |
| **TAXABLE EARNINGS** | | | | 4,250.25 | | | 70,252.26 |
| FEDERAL INCOME TAX | | | -457.60 | | | -8,802.25 | |
| SOCIAL SECURITY TAX | | | -287.01 | | | -4,498.35 | |
| MEDICARE TAX | | | -67.12 | | | -1,052.03 | |
| **TAXES WITHHELD** | | | -811.73 | -811.73 | | -14,352.63 | -14,352.63 |
| 401K (AFTER-TAX) | | | | | | -213.33 | |
| ESPP | | | -691.20 | | | -9,820.16 | |
| LEGAL PLAN | | | -7.75 | | | -108.50 | |
| DISABILITY INS | | | -10.89 | | | -152.46 | |
| DEPENDENT LIFE INSURANCE | | | -0.44 | | | -6.16 | |
| AD&D FAMILY INS | | | -7.68 | | | -107.52 | |
| STOCK AWARD INCOME | | | | | | -7,914.30 | |
| STOCK AWARD TAXES | | | | | | 2,349.28 | |
| ROTH (AFTER-TAX) | | | | | | -682.67 | |
| 401K LOAN #1 | | | -377.46 | | | -4,529.52 | |
| EMPLOYEE LIFE INSURANCE | | | -13.60 | | | -190.40 | |
| TUITION REIMBURSEMENT NON-TAXABLE | | | | | | 3,539.71 | |
| **TOTAL AFTER TAX DEDUCTIONS** | | | -1,109.02 | -1,109.02 | | -17,836.03 | -17,836.03 |
| **NET PAY** | | | | 2,329.50 | | | 38,063.60 |

| PERSONAL TIME BALANCES | | | SPECIAL INFORMATION TABLE | | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOLISTIC HEALTH TIME OFF BALANCE | 80.00 | | 401K EMPLOYER MATCH | 184.32 | 1,419.95 |
| | | | DISQUALIFYING DISP | 0.00 | 903.33 |
| | | | IMPUTED LIFE INSURANCE | 10.32 | 144.48 |
| | | | HSA EMPLOYER LUMPSUM CONT. | 0.00 | 2,000.00 |

Official Copy of Microsoft Corporation Earnings Statement
Payroll Department
One Microsoft Way
Redmond, WA 98052-6399
Ph: 425-882-8080
Microsoft Corporation Confidential

Official Copy of Microsoft Corporation Earnings Statement

## MICROSOFT CORPORATION EMPLOYEE PROFILE

| | | | |
|---|---|---|---|
| Julrey Caesar Guanzon Solis | Employee ID | State Tax Code | Check Number |
| 3137 Pine Valley Drive | 06086693 | TX | |
| Grand Prairie, TX 75052 | SSN | State Allowance | Check Date |
| | XXX-XX-8333 | 0 | **Aug 15, 2024** |
| | Tax Status | State Adjustment | Period Begin Date |
| | **Head of household** | 0.00 | **Aug 01, 2024** |
| | Pay Frequency | Federal Allowance | Period End Date |
| | **Semi-monthly** | 0 | **Aug 15, 2024** |
| | Exempt Position | Federal Adjustment | |
| | Base Rate | 0.00 | |
| | **4,266.67** | | |

## PAYMENT INFORMATION

| Amount | Type | Bank Information |
|---|---|---|
| 2,329.49 | Direct Deposit | JPMORGAN CHASE BANK, NA  Checking - XXXXXXXXXXXXX4941 |

| | CURRENT | | | | YEAR-TO-DATE | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| DESCRIPTION | RATE | HOURS | AMOUNT | TOTAL | HOURS | AMOUNT | TOTAL |
| REGULAR HRS | | 86.67 | 4,266.67 | | 1,300.05 | 64,000.05 | |
| Shift Pay–8% of Base & Applicable OT | | | 341.33 | | | 6,075.68 | |
| PERKS + TAXABLE | | | | | | 1,500.00 | |
| **GROSS PAY** | | | 4,608.00 | 4,608.00 | | 71,575.73 | 71,575.73 |
| 401K (PRE-TAX) | | | -368.64 | | | -2,525.87 | |
| STOCK AWARD INCOME | | | | | | 7,914.30 | |
| DISABILITY INS | | | 10.89 | | | 163.35 | |
| HSA EMPLOYEE CONT | | | | | | -2,625.00 | |
| **TOTAL ADJUSTMENT TO EARNINGS** | | | -357.75 | -357.75 | | 2,926.78 | 2,926.78 |
| **TAXABLE EARNINGS** | | | | 4,250.25 | | | 74,502.51 |
| FEDERAL INCOME TAX | | | -457.60 | | | -9,259.85 | |
| SOCIAL SECURITY TAX | | | -287.01 | | | -4,785.36 | |
| MEDICARE TAX | | | -67.13 | | | -1,119.16 | |
| **TAXES WITHHELD** | | | -811.74 | -811.74 | | -15,164.37 | -15,164.37 |
| 401K (AFTER-TAX) | | | | | | -213.33 | |
| ESPP | | | -691.20 | | | -10,511.36 | |
| LEGAL PLAN | | | -7.75 | | | -116.25 | |
| DISABILITY INS | | | -10.89 | | | -163.35 | |
| DEPENDENT LIFE INSURANCE | | | -0.44 | | | -6.60 | |
| AD&D FAMILY INS | | | -7.68 | | | -115.20 | |
| STOCK AWARD INCOME | | | | | | -7,914.30 | |
| STOCK AWARD TAXES | | | | | | 2,349.28 | |
| ROTH (AFTER-TAX) | | | | | | -682.67 | |
| 401K LOAN #1 | | | -377.46 | | | -4,906.98 | |
| EMPLOYEE LIFE INSURANCE | | | -13.60 | | | -204.00 | |
| TUITION REIMBURSEMENT NON-TAXABLE | | | | | | 3,539.71 | |
| **TOTAL AFTER TAX DEDUCTIONS** | | | -1,109.02 | -1,109.02 | | -18,945.05 | -18,945.05 |
| **NET PAY** | | | | 2,329.49 | | | 40,393.09 |

## PERSONAL TIME BALANCES

| DESCRIPTION | HOURS |
|---|---:|
| HOLISTIC HEALTH TIME OFF BALANCE | 80.00 |

## SPECIAL INFORMATION TABLE

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| 401K EMPLOYER MATCH | 184.32 | 1,604.27 |
| DISQUALIFYING DISP | 460.74 | 1,364.07 |
| IMPUTED LIFE INSURANCE | 10.32 | 154.80 |
| HSA EMPLOYER LUMPSUM CONT. | 0.00 | 2,000.00 |

Official Copy of Microsoft Corporation Earnings Statement
Payroll Department
One Microsoft Way
Redmond, WA 98052-6399
Ph: 425-882-8080
Microsoft Corporation Confidential

Official Copy of Microsoft Corporation Earnings Statement

## MICROSOFT CORPORATION EMPLOYEE PROFILE

| | | | |
|---|---|---|---|
| Julrey Caesar Guanzon Solis | Employee ID | State Tax Code | Check Number |
| 3137 Pine Valley Drive | **06086693** | **TX** | Check Date |
| Grand Prairie, TX 75052 | SSN | State Allowance | **Aug 30, 2024** |
| | **XXX-XX-8333** | **0** | Period Begin Date |
| | Tax Status | State Adjustment | **Aug 16, 2024** |
| | **Head of household** | **0.00** | Period End Date |
| | Pay Frequency | Federal Allowance | **Aug 31, 2024** |
| | **Semi-monthly** | **0** | |
| | **Exempt Position** | Federal Adjustment | |
| | Base Rate | **0.00** | |
| | **4,266.67** | | |

## PAYMENT INFORMATION

| Amount | Type | Bank Information |
|---|---|---|
| 5,094.30 | Direct Deposit | JPMORGAN CHASE BANK, NA  Checking - XXXXXXXXXXXXX4941 |

## CURRENT / YEAR-TO-DATE

| DESCRIPTION | RATE | HOURS | AMOUNT | TOTAL | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|
| REGULAR HRS | | 86.67 | 4,266.67 | | 1,386.72 | 68,266.72 | |
| Shift Pay–8% of Base & Applicable OT | | | 341.33 | | | 6,417.01 | |
| PERKS + TAXABLE | | | | | | 1,500.00 | |
| **GROSS PAY** | | | 4,608.00 | 4,608.00 | | 76,183.73 | 76,183.73 |
| 401K (PRE-TAX) | | | -368.64 | | | -2,894.51 | |
| STOCK AWARD INCOME | | | | | | 7,914.30 | |
| DISABILITY INS | | | 10.89 | | | 174.24 | |
| HSA EMPLOYEE CONT | | | | | | -2,625.00 | |
| **TOTAL ADJUSTMENT TO EARNINGS** | | | -357.75 | -357.75 | | 2,569.03 | 2,569.03 |
| **TAXABLE EARNINGS** | | | | 4,250.25 | | | 78,752.76 |
| FEDERAL INCOME TAX | | | -457.60 | | | -9,717.45 | |
| SOCIAL SECURITY TAX | | | -287.01 | | | -5,072.37 | |
| MEDICARE TAX | | | -67.12 | | | -1,186.28 | |
| **TAXES WITHHELD** | | | -811.73 | -811.73 | | -15,976.10 | -15,976.10 |
| 401K (AFTER-TAX) | | | | | | -213.33 | |
| ESPP | | | 2,073.60 | | | -8,437.76 | |
| LEGAL PLAN | | | -7.75 | | | -124.00 | |
| DISABILITY INS | | | -10.89 | | | -174.24 | |
| DEPENDENT LIFE INSURANCE | | | -0.44 | | | -7.04 | |
| AD&D FAMILY INS | | | -7.68 | | | -122.88 | |
| STOCK AWARD INCOME | | | | | | -7,914.30 | |
| STOCK AWARD TAXES | | | | | | 2,349.28 | |
| ROTH (AFTER-TAX) | | | | | | -682.67 | |
| 401K LOAN #1 | | | -377.46 | | | -5,284.44 | |
| EMPLOYEE LIFE INSURANCE | | | -13.60 | | | -217.60 | |
| TUITION REIMBURSEMENT NON-TAXABLE | | | | | | 3,539.71 | |
| **TOTAL AFTER TAX DEDUCTIONS** | | | 1,655.78 | 1,655.78 | | -17,289.27 | -17,289.27 |
| **NET PAY** | | | | 5,094.30 | | | 45,487.39 |

## PERSONAL TIME BALANCES

| DESCRIPTION | HOURS |
|---|---|
| HOLISTIC HEALTH TIME OFF BALANCE | 80.00 |

## SPECIAL INFORMATION TABLE

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 401K EMPLOYER MATCH | 184.32 | 1,788.59 |
| DISQUALIFYING DISP | 0.00 | 1,364.07 |
| IMPUTED LIFE INSURANCE | 10.32 | 165.12 |
| HSA EMPLOYER LUMPSUM CONT. | 0.00 | 2,000.00 |

Official Copy of Microsoft Corporation Earnings Statement
Payroll Department
One Microsoft Way
Redmond, WA 98052-6399
Ph: 425-882-8080
Microsoft Corporation Confidential