Certificate Number: 17572-TXN-DE-038937285

Bankruptcy Case Number: 24-43456



17572-TXN-DE-038937285

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2024, at 8:50 o'clock AM PDT, Julrey Caesar G Solis completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: October 6, 2024

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor