Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

Case No.:  24−43456−elm7
Chapter:  7
Judge:  Edward L. Morris

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julrey Caesar G. Solis
   2045 Forum Dr., #1109
   Grand Prairie, TX 75052

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8333

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Schmidt, Erin)

Dated: 11/4/24

United States Trustee