Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

Case No.: 24−43456−elm7
Chapter: 7
Judge: Edward L. Morris

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Julrey Caesar G. Solis
2045 Forum Dr., #1109
Grand Prairie, TX 75052

Social Security / Individual Taxpayer ID No.:
xxx−xx−8333

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Schmidt, Erin)

Dated: 11/4/24

United States Trustee

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 24-43456-elm
Julrey Caesar G. Solis     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4     User: admin     Page 1 of 2
Date Rcvd: Nov 04, 2024     Form ID: ntcabuse     Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julrey Caesar G. Solis, 2045 Forum Dr., #1109, Grand Prairie, TX 75052-1193 |
| 20621435 | + | Copeland Apartments, 2045 S. Forum Dr., Grand Prairie, TX 75052-1152 |
| 20621440 | + | TD RCS/Samsung, PO Box 100270, Columbia, SC 29202-3270 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 20621432 | + | Email/PDF: bncnotices@becket-lee.com | Nov 04 2024 21:41:12 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 20621433 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2024 21:40:38 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 20621434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2024 21:40:32 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 20621436 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2024 21:27:25 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 20621437 | ^ | MEBN | Nov 04 2024 21:24:32 | Kia Motors Finance, 10550 Talbert Ave., Fountain Valley, CA 92708-6031 |
| 20621438 | | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 04 2024 21:40:55 | SoFi Bank, National, 2750 E. Cottonwood Parkway, #300, Salt Lake City, UT 84121-7285 |
| 20621439 | | Email/Text: bncmail@w-legal.com | Nov 04 2024 21:25:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0539-4 | User: admin | Page 2 of 2
Date Rcvd: Nov 04, 2024 | Form ID: ntcabuse | Total Noticed: 10

Date: Nov 06, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida | behrooz@vidatrustee.com  bpv@trustesolutions.net;tracy@vidatrustee.com |
| R. David Weaver | on behalf of Debtor Julrey Caesar G. Solis rdweaver@arlingtonlawfirm.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3