R. David Weaver
SBN 21010875
WEAVER ROBINSON LAW FIRM, PLLC
1112 E. Copeland Rd., Suite 130
Arlington, TX 76011
(817) 460-5900
Fax (817) 460-5908
Email:  rdweaver@arlingtonlawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 24-43456-ELM7 |
| | § | |
| JULREY CAESAR G. SOLIS, | § | |
| DEBTOR | § | |

**<u>MOTION TO DELAY OR DEFER DISCHARGE</u>**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST 10TH STREET, FORT WORTH, TEXAS 76102 BEFORE THE CLOSE OF BUSINESS ON THE 6TH DAY OF JANUARY, 2025, WHICH IS AT LEAST 12 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE JUDGE OF SAID COURT:

   COMES NOW Movant, JULREY CAESAR G. SOLIS, Debtor herein, by and through his attorney, and moves the Court as follows:

1. Movant filed his voluntary Chapter 7 Petition on September 26, 2024. The deadline to file objections to discharge is December 23, 2024. No objections to discharge have been filed as of the date of filing of this Motion.

2. Movant requests the date of discharge be delayed to January 10, 2025, to facilitate filing the Reaffirmation Agreement with Hyundai Capital America DBA Kia Finance America.

3. WHEREFORE, Movant prays that this court enter an order delaying the discharge of this case until January 10, 2025, for the purpose of filing the Reaffirmation Agreement with Hyundai Capital America DBA Kia Finance America.

Respectfully submitted

*/s/ R. David Weaver*
R. David Weaver
SBN 21010875
Weaver Robinson Law Firm, PLLC
1112 E. Copeland Rd., Suite 130
Arlington, Texas 76011
Phone 817-460-5900
Fax 817-460-5908
Email:  rdweaver@arlingtonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Delay or Defer Discharge has been served by electronic notice to all parties entitled to notice this 23rd day of December, 2024.

*/s/ R. David Weaver*
R. David Weaver