


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 7, 2025**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 24-43456-ELM7 |
| | § | |
| JULREY CAESAR G. SOLIS, | § | |
| DEBTOR | § | |

### ORDER ON MOTION TO DELAY DISCHARGE

Came on for consideration the Debtor's Motion to Delay Discharge. It is therefore ORDERED, ADJUDGED and DECREED that:

Debtor's Motion to Delay Discharge is GRANTED, and the discharge date is delayed to January 10, 2025.

### # # # END OF ORDER # # #

PREPARED BY: Weaver Robinson Law Firm, PLLC

*/s/ R. David Weaver*
R. David Weaver
SBN 21010875
Weaver Robinson Law Firm, PLLC
1112 E. Copeland Rd., Suite 130
Arlington, Texas 76011
Phone 817-460-5900
Fax 817-460-5908
Email: rdweaver@arlingtonlawfirm.com

**ORDER ON MOTION TO DELAY DISCHARGE – Page 1 of 1**

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 24-43456-elm |
| Julrey Caesar G. Solis | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

**Recip ID          Recipient Name and Address**
db                +  Julrey Caesar G. Solis, 2045 Forum Dr., #1109, Grand Prairie, TX 75052-1193

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025                Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:

**Name                              Email Address**

Behrooz P. Vida
                                   behrooz@vidatrustee.com  bpv@trustesolutions.net;tracy@vidatrustee.com

R. David Weaver
                                   on behalf of Debtor Julrey Caesar G. Solis rdweaver@arlingtonlawfirm.com

United States Trustee
                                   ustpregion06.da.ecf@usdoj.gov

TOTAL: 3