

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 23, 2025**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 24-43456-ELM7 |
| | § | |
| JULREY CAESAR G. SOLIS, | § | |
| DEBTOR | § | |

**ORDER ON SECOND MOTION TO DELAY DISCHARGE**

Came on for consideration the Debtor's Second Motion to Delay Discharge. It is therefore ORDERED, ADJUDGED and DECREED that:

Debtor's Second Motion to Delay Discharge is GRANTED, and the discharge date is delayed to January 27, 2025.

# # # END OF ORDER # # #

PREPARED BY: Weaver Robinson Law Firm, PLLC

*/s/ R. David Weaver*
R. David Weaver
SBN 21010875
Weaver Robinson Law Firm, PLLC
1112 E. Copeland Rd., Suite 130
Arlington, Texas 76011
Phone 817-460-5900
Fax 817-460-5908
Email: rdweaver@arlingtonlawfirm.com

**ORDER ON SECOND MOTION TO DELAY DISCHARGE – Page 1 of 1**